# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHERYL KLAVER,

    Plaintiff,

v.

                                                                   Case No. 1:23-cv-00815-MIS-KRS

VIAJES Y YATES, LLC,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION, GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT, AND CLOSING CASE

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition ("PFRD") issued by United States Magistrate Judge Kevin R. Sweazea on June 17, 2024, ECF No. 26, following an evidentiary hearing, see ECF No. 24. Judge Sweazea recommends granting Plaintiff Cheryl Klaver's Motion for Default Judgment and awarding Plaintiff a total of $189,256.07 in damages. Id. at 9. The PFRD provides the Parties fourteen days to file objections. Id. at 10. To date, no objections have been filed. The failure to make timely objections to a Magistrate Judge's PFRD waives appellate review of both factual and legal questions. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059 (10th Cir. 1996).

Therefore, **IT IS HEREBY ORDERED** that:

1. The Proposed Findings and Recommended Disposition issued by United States Magistrate Judge Kevin R. Sweazea on June 17, 2024, ECF No. 26, is **ADOPTED**;

2. Plaintiff's Motion for Entry of Default Judgment, ECF No. 13, is **GRANTED**;

3. Plaintiff Cheryl Klaver shall have and receive from Defendant Viajes y Yates, LLC the amount of **$189,256.07**, for which sum let execution issue;

4. All other pending motions are **DENIED AS MOOT**;

5. This case is now **CLOSED**; and

6. The Court will issue Final Judgment by separate entry.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE