IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHERYL KLAVER,

    Plaintiff,

v.

                                              Case No. 1:23-cv-00815-MIS-KRS

VIAJES Y YATES, LLC,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Adopting Proposed Findings and Recommended Disposition, Granting Plaintiff's Motion for Entry of Default Judgment, and Closing Case entered contemporaneously herewith, ECF No. 27, it is **HEREBY ORDERED** that:

1. **FINAL JUDGMENT** is hereby entered in favor of Plaintiff Cheryl Klaver and against Defendant Viajes y Yates, LLC; and

2. Plaintiff Cheryl Klaver shall have and receive from Defendant Viajes y Yates, LLC the amount of **$189,256.07**, for which sum let execution issue.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE